■ GEORGE MATHYSEN-GERST, Appellant, v PAUL NASSER et al, Respondents. [715 NYS2d 845] —Judgment, Supreme Court, New York County (Karla Moskowitz, J.), entered October 15, 1999, unanimously affirmed for the reasons stated by Moskowitz, J., without costs or disbursements. No opinion. Concur—Sullivan, P. J., Nardelli, Ellerin, Lerner and Friedman, JJ.